JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/21/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

OSHAY LENARD RANDLE,              )      Case No. EDCV 15-2540-MWF(AJW)
                                  )
         Petitioner,              )
                                  )
    v.                            )      JUDGMENT
                                  )
Warden,                           )
                                  )
         Respondent.              )
_____    )

     **It is hereby adjudged** that the petition for a writ of habeas
corpus is dismissed without prejudice.


Dated: January 21, 2016

Michael W. Fitzgerald
United States District Judge